## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:23-CV-233

Plaintiff:
**Touchpoint Projection Innovations, LLC**

vs.

Defendant:
**CDNetworks Co. Ltd.**

For:
Garteiser Honea, PLLC
119 W. Ferguson Street
Tyler, TX 75702

Received by Mike Techow on the 12th day of July, 2023 at 12:00 pm to be served on **CDNetworks Co. Ltd. by serving the Texas Secretary of State, 1019 Brazos, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **12th day of July, 2023** at **12:45 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **Two Copies of Summons and Complaint for Patent Infringement with $55.00 Texas Secretary of State Filing Fee** with the date of service endorsed thereon by me, to: **Venita Moss, Texas Secretary of State** as Authorized Agent at the address of: **1019 Brazos, Austin, Travis County, TX 78701** on behalf of **CDNetworks Co. Ltd.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on July 12, 2023 by Mike Techow, declarant.

Mike Techow
PSC-1215, Exp. 7/31/2024

Subscribed and Sworn to before me on the 12th day of July, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

SUE GOULDING
Notary Public, State of Texas
Comm. Expires 04-04-2027
Notary ID 131960911

Malone Process Service, LLC
P.O. Box 720040
Dallas, TX 75372
(877) 997-3783

Our Job Serial Number: MST-2023007063
Ref: CD Networks