IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TOUCHPOINT PROJECTION INNOVATIONS, LLC<br>v.<br><br>CNETWORKS CO., LTD, | § § § § § § § § § § | Case No. 2:23-cv-0233-JRG |

## NOTICE OF APPEARANCE OF RANDALL T. GARTEISER

Notice is given that the undersigned, Randall T. Garteiser, hereby enters an appearance as local counsel for Plaintiff Touchpoint Projection Innovations, LLC in the above-entitled case and requests that all future pleadings and papers filed under Fed. R.Civ. P. 5 be served on him through the Court's CM/ECF system.

Dated:  October 3, 2023

Respectfully Submitted

*/s/ Randall T. Garteiser*
Randall R. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702

**ATTORNEY FOR PLAINTIFF**