UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

TOUCHPOINT PROJECTION
INNOVATIONS, LLC,

v.   Civil No. 2:23-cv-00233-JRG  _____

CDNETWORKS CO., LTD

CLERK'S ENTRY OF DEFAULT

On this _____ day of _____, 20 \_\_\_\_\_, it appearing from the affidavit(s) in support of default of  Randall Garteiser _____, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

CDNetworks Co., Ltd.

DAVID A. O'Toole, CLERK

By: _____
     Deputy Clerk

p:\DFLT.ord