UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS


TOUCHPOINT PROJECTION
INNOVATIONS, LLC,


v.                                              Civ. No. ___2:23-cv-00233-JRG_____


CDNETWORKS CO., LTD



AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendant __CDNetworks Co., Ltd._____ was served by the following method:

Service via the Texas Secretary of State at 1019 Brazos, Austin, TX 78701
on July 12, 2023, with affidavit of service filed at Dkt. 4.



I further certify that the defendant has failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; the defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case. Therefore, the Clerk is requested to enter a default against said defendant.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Date:                                           Randall Garteiser
                                                _____
10/03/2023                                      Plaintiff or Attorney for Plaintiff
_____
                                                TX 24038912
                                                _____
                                                Bar No.

                                                119 W. Ferguson St., Tyler, TX  75702
                                                _____
                                                Address


                                                _____