UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

TOUCHPOINT PROJECTION
INNOVATIONS, LLC,

v.   Civil No. 2:23-cv-00233-JRG

CDNETWORKS CO., LTD

## CLERK'S ENTRY OF DEFAULT

On this _____ day of __10/5/2023__, 20 ____, it appearing from the affidavit(s) in support of default of __Randall Garteiser__, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

CDNetworks Co., Ltd.

*David A. O'Toole*

DAVID A. O'Toole, CLERK

By: _____
Deputy Clerk

*Authored by Charlene Hinton at 4:51 pm, 10/5/23*

p:\DFLT.ord