Dear Clerk of Court,

I hope this email finds you well. My name is Betty Zhou, and I am the in-house legal counsel of CDNetworks Co., Ltd. ("CDNetworks"), a corporation organized and existing under the laws of the Republic of Korea. I am writing to you today to respectfully request the court to grant CDNetworks permission to the court's e-filing system (_https://www.txed.uscourts.gov/?q=cmecf-registration_) allowing CDNetworks to participate as "non-prisoner pro se litigant" in the litigation and file electronically.

CDNetworks understood from a source that our name was appeared on your court's e-filing system (Case Number: 2:23cv233), which, CDNetworks has never been served and is surprising to find out that all the allegations and facts in the Compliant are inaccurate. Our attempts to engage an attorney didn't go well, hence to safeguard our interest and clarify the facts, CDNetowrks respectfully request your permission to the registration and allow CDNetworks to file electronically.

We kindly ask for your consideration of our request. Thank you for your attention to this matter.

Sincerely,

Betty Zhou |   Legal Team

CDNetworks Co., Ltd.



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.