IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TOUCHPOINT PROJECTION INNOVATION, LLC | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 2:23-cv-0233-JRG |
| CDNETWORKS CO., LTD, | § § § | |
| *Defendant*. | § | |

## NOTICE OF APPEARANCE OF AARON P. PEACOCK

Notice is hereby given that the undersigned, Aaron P. Peacock, hereby enters an appearance as lead counsel for Defendant CDNetworks Co., Ltd, in the above-entitled case and requests that all future pleadings and papers filed in this case be served upon him through the Court's CM/ECF system

Date: June 7, 2024

Respectfully submitted,

/s/   *Aaron P. Peacock*
Aaron P. Peacock
State Bar No. 24060399
**PEACOCK LAW FIRM PLLC**
4131 N. Central Expressway, Suite 961
Dallas, Texas 75204
Telephone:  (214) 617-1000
Facsimile:  (214) 617-1010
Email:  apeacock@peacockfirm.com

**ATTORNEY FOR DEFENDANT**