Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TOUCHPOINT PROJECTION INNOVATIONS, LLC | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:23-cv-0233-JRG |
| CDNETWORKS CO., LTD, | § § | |
| *Defendant.* | § § | |

**DECLARATION OF AARON P. PEACOCK
IN SUPPORT OF DEFENDANT'S OPPOSED MOTION TO SET
ASIDE CLERK'S ENTRY OF DEFAULT AND QUASH SERVICE OF PROCESS**

I, Aaron P. Peacock, make the following declaration:

1.      "I am a member of and attorney at Peacock Law Firm, PLLC, which represents Defendant CDNetworks Co. Ltd. in this case.

2.      "Attached as Exhibit A is a true and correct copy of the purported Patent Assignment Agreement between Joseph McCoy and Joshua White, on the one hand, and Everis, Inc., on the other hand, dated December 10, 2009, which I downloaded on June 19, 2024, from the website of the United States Patent & Trademark Office at www.uspto.gov.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 28, 2024.

Aaron P. Peacock

# Exhibit A

| PATENT ASSIGNMENT |
|---|

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Joseph McCoy | 12/10/2009 |
| Joshua White | 12/10/2009 |

**RECEIVING PARTY DATA**

| Name: | Everis, Inc. |
|---|---|
| Street Address: | 889 Clemons Road |
| City: | Frankfort |
| State/Country: | NEW YORK |
| Postal Code: | 13340 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 12636955 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (315)218-8100 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
|---|---|
| Phone: | 315-218-8000 |
| Email: | bskpto@bsk.com |
| Correspondent Name: | BOND, SCHOENECK & KING, PLLC |
| Address Line 1: | ONE LINCOLN CENTER |
| Address Line 4: | SYRACUSE, NEW YORK 13202-1355 |

| ATTORNEY DOCKET NUMBER: | 438P2687A / 330348 |
|---|---|
| NAME OF SUBMITTER: | David B. Woycechowsky |

Total Attachments: 2
source=Assignment#page1.tif
source=Assignment#page2.tif

**501039927**

**PATENT**
**REEL: 023647 FRAME: 0216**

## ASSIGNMENT

WHEREAS, I, **Joseph McCoy**, a citizen of the United States and residing at 889 Clemons Road, Frankfort, New York; and **Joshua White**, a citizen of the United States and residing at 75 Barringer Road, Ilion, New York ("Assignor"), have made certain new and useful improvements in a **Network Gateway with Enhanced Requesting**, for which application for Letters Patent of the United States is being sought.

WHEREAS, **Everis, Inc.**, a corporation formed under the laws of the State of New York, and having an address of 889 Clemons Road, Frankfort, New York  13340, United States of America ("Assignee") is desirous of acquiring my entire right, title and interest in the same;

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of one dollar ($1.00) and other good and valuable consideration to me in hand paid, the receipt of which is hereby duly and fully acknowledged, have sold and BY THESE PRESENTS do sell, assign, transfer and set over unto Assignee my entire right, title and interest in and to the aforesaid application for Letters Patent, any and all divisions thereof, including all foreign rights thereunder.

Date: _10  DECEMBER 2009_

_____
Joseph McCoy

Date: _Dec 10 2009_

_____
Joshua White

STATE OF NEW YORK          )
                          ) ss.:
COUNTY OF                  )

On the _____ day of _____ in the year _____ before me, the undersigned, a notary public in and for said State, personally appeared **Joseph McCoy** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public

1 of 2

1645427.1 12/10/2009

438P2687A – Network Gateway with Enhanced Requesting

STATE OF NEW YORK )
                        ) ss.:
COUNTY OF              )

On the _____ day of _____ in the year _____ before me, the undersigned, a notary public in and for said State, personally appeared **Joshua White** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public

2 of 2

1645427.1 12/10/2009

**PATENT
REEL: 023647 FRAME: 0218**