IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TOUCHPOINT PROJECTION INNOVATIONS, LLC | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 2:23-cv-0233-JRG |
| CDNETWORKS CO., LTD, | § § § | |
| *Defendant*. | § | |

**ORDER ON DEFENDANT'S OPPOSED MOTION TO SET ASIDE
CLERK'S ENTRY OF DEFAULT AND QUASH SERVICE OF PROCESS**

The Court has considered Defendant's Opposed Motion to Set Aside Clerk's Entry of Default and Quash Service of Process ("Motion"). After considering the Motion and any Response thereto, the Court has determined that the Motion should, in all things, be GRANTED. Therefore, it is ORDERED that the Motion is GRANTED. It is further ORDERED that the entry of default against CDNetworks Co. Ltd. be set aside and that the service of process by Touchpoint Projection Innovations, LLC, be quashed.