IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TOUCHPOINT PROJECTION INNOVATIONS, LLC <br> v. <br> CNETWORKS CO., LTD, | § § § § § § § § | Case No. 2:23-cv-0233-JRG |

**UNOPPOSED MOTION FOR TIME TO RESPOND TO CDNETWORKS' MOTION TO SET ASIDE DEFAULT (DKT. 10)**

Plaintiff Touchpoint Projection Innovations, LLC ("Plaintiff") here files this Unopposed Motion for Extension of Time to File its Response or Opposition to Defendant CDNetworks Co., Ltd.'s Opposed Motion to Set Aside Default (Dkt. 10).

Plaintiff's Response is currently due July 12, 2024.

Plaintiff has requested and Defendant agrees to a 14-day extension of this deadline to July 26, 2024.

A proposed order is included herewith.

July 11, 2024,

/s/ Randall T. Garteiser
Randall Garteiser
Texas Bar No. 24038912
Chris Honea
Texas Bar No. 24059967

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated its agreement with the relief requested herein.

*/s/ Randall T. Garteiser*
Randall Garteiser

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Randall T. Garteiser*
Randall Garteiser
