# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TOUCHPOINT PROJECTION INNOVATIONS, LLC<br>v.<br>CNETWORKS CO., LTD, | § § § § § § § § § Case No. 2:23-cv-0233-JRG |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR TIME TO RESPOND TO CDNETWORKS' OPPOSED MOTION TO SET ASIDE DEFAULT (DKT. 10)

Before the Court is Plaintiff Touchpoint Projection Innovations, LLC's Unopposed Motion for an Extension of Time to Respond to Defendant CDNetworks Co., Ltd.'s Opposed Motion to Set Aside Default (Dkt. 10).

Having considered the Motion, the Court determines that it should be, and is hereby, GRANTED.

Accordingly, the deadline for Plaintiff to respond to Defendant's Motion is hereby set to July 26, 2024.

IT IS SO ORDERED.