**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TOUCHPOINT PROJECTION INNOVATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00233-JRG |
| CDNETWORKS CO., LTD., | § § § | |
| *Defendant*. | § | |

### ORDER

Before the court is Plaintiff Touchpoint Projection Innovations, LLC's ("Plaintiff") Unopposed Motion for Time to Respond to CDNetworks' Motion to Set Aside Default (the "Motion for Extension"). (Dkt. No. 11.) In the Motion for Extension, Plaintiff moves for a 14-day extension of the deadline to respond to Defendant CDNetworks Co., Ltd.'s ("Defendant") Motion to Set Aside Default. (Dkt. No. 10.)

Having considered the Motion for Extension, and noting that it is unopposed, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** Plaintiff's deadline to respond to Defendant's Motion to Set Aside Default (Dkt. No. 10) is **extended** up to and including **July 26, 2024**.

**So Ordered this**

Jul 16, 2024

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE