IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TOUCHPOINT PROJECTION INNOVATIONS, LLC <br> v. <br><br> CNETWORKS CO., LTD, | § <br> § <br> §    Case No. 2:23-cv-0233-JRG <br> § <br> § <br> § <br> § |

**RESPONSE IN SUPPORT OF**
**CDNETWORKS' MOTION TO SET ASIDE DEFAULT (DKT. 10)**

Plaintiff Touchpoint Projection Innovations, LLC ("Plaintiff") files this response to join Defendant CDNetworks Co., Ltd.'s Motion to Set Aside Default (Dkt. 10).

CDNetworks engaged in dicussions with Plaintiff starting as early as July of 2023.

Plaintiff does not adopt the argruments of CDNetworks. Plaintiff maintains that service on the Texas Secretary of State was proper service against CDNetworks.

Plaintiff looks forward to resolving this patent infringement litigation on the merits, and asks that the Court view this submission as a notice to the Court that this 2023 filed lawsuit is ready for an initial CMC.

August 8, 2024

                                               */s/ Randall T. Garteiser*
                                               Randall Garteiser
                                               Texas Bar No. 24038912
                                               rgarteiser@ghiplaw.com
                                               Chris Honea
                                               Texas Bar No. 24059967
                                               chonea@ghiplaw.com

                                               **GARTEISER HONEA, PLLC**
                                               119 W. Ferguson Street

Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Response, and counsel indicated its agreement with the relief requested herein.  CDNetworks does not agree that service on it was proper.  It maintains that service is required through the Hague.  The parties are at an impasse.

*/s/ Randall T. Garteiser*
Randall Garteiser

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Randall T. Garteiser*
Randall Garteiser