**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TOUCHPOINT PROJECTION INNOVATIONS, LLC | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 2:23-cv-0233-JRG |
| CDNETWORKS CO., LTD, | § § § | |
| *Defendant*. | § | |

**ORDER ON DEFENDANT'S OPPOSED MOTION
TO STRIKE DOCUMENT NO. 13 ENTITLED RESPONSE IN
SUPPORT OF CDNETWORKS' MOTION TO SET ASIDE DEFAULT (DKT. 10)**

The Court has considered Defendant's Opposed Motion to Strike Document No. 13 Entitled Response in Support of CDNetworks' Motion to Set Aside Default (Dkt. 10) ("Motion"). After considering the Motion and any Response thereto, the Court has determined that the Motion should, in all things, be GRANTED. Therefore, it is ORDERED that the Motion is GRANTED. It is further ORDERED that Document No. 13 entitled Response in Support of CDNetworks' Motion to Set Aside Default (Dkt. 10) is hereby stricken from the record.