# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **TOUCHPOINT PROJECTION INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CDNETWORKS CO., LTD.,**<br><br>Defendant. | CASE NO. 2:23-cv-00233-JRG |

## NOTICE OF VOLUNTARY DISMISSAL OF CDNETWORKS

Plaintiff Touchpoint Projection Innovations, LLC hereby submits this Notice of Voluntary Dismissal without Prejudice of Defendant CDNetworks Co., Ltd., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant has not served either an answer or a motion for summary judgment.

Dated: October 2, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Wednesday, October 2, 2024.

*/s/ Randall Garteiser*
Randall Garteiser